# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| OTIS L. BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-024 |
| | ) | |
| MS. TOBY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff Otis L. Barnes is a prisoner at Georgia State Prison in this District. He has submitted this 42 U.S.C. § 1983 Complaint alleging failure to protect and denial of adequate medical care while incarcerated at Hancock State Prison in Sparta, Georgia and Macon State Prison in Oglethorpe, Georgia. Doc. 1. Barnes, however, has sent his complaint to the Southern District of Georgia, which has no apparent link to his claim.

Hancock State Prison is located in Hancock County and Macon State Prison is located in Bibb County, both of which lie in the Middle District of Georgia. 28 U.S.C. § 90(b)(2). As his claim arises from events that occurred in another district, the proper forum for this case is the United States District Court for the Middle District of Georgia. 28 U.S.C.

§ 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); *see* 28 U.S.C. § 90(b)(2). The Clerk is **DIRECTED** to transfer this case to the Middle District of Georgia for all further proceedings.

**SO ORDERED**, this 5th day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA