IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| OTIS L. BARNES, | * |
|       Plaintiff, | * |
| v. | Case No.  5:20-cv-00047-MTT-CHW |
| | * |
| NURSE CARTER, | |
| | * |
|       Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated May 10, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of May, 2022.

                                  David W. Bunt, Clerk

                                  s/ Tydra Miller, Deputy Clerk